UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN C. WALTERS,

        Plaintiff,                        Civil Action No. 11-cv-15171
                                            HON. BERNARD A. FRIEDMAN
vs.                                        MAG. JUDGE MICHAEL HLUCHANIUK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Michael Hluchaniuk's Report and Recommendation ("R&R") dated March 12, 2013 [docket entry 15]. The Commissioner has not filed an objection to the R&R pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review this matter and believes that the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Michael Hluchaniuk's Report and Recommendation dated March 12, 2013, is hereby accepted and adopted and the Commissioner's decision is remanded for further proceedings in accordance therewith.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is granted in part.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is denied.

Dated: March 29, 2013                    _s/ Bernard A. Friedman_____
       Detroit, Michigan                 BERNARD A. FRIEDMAN
                                             SENIOR UNITED STATES DISTRICT JUDGE